NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK P. SLATTERY, JR. AND LFC NO. 1 CORP, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED SHAREHOLDERS OF MERITOR SAVINGS BANK,**
*Plaintiffs,*

AND

**STEVEN ROTH AND INTERSTATE PROPERTIES,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**JOHN R. MCCARRON,**
*Movant-Appellant.*

---

2012-5041, -5068

---

Appeals from the United States Court of Federal Claims in 93-CV-280, Senior Judge Loren A. Smith

---

## ON MOTION

---

# O R D E R

The United States moves without opposition for an extension of time, until June 29, 2012, to file its opposition brief, and for an extension of time, until July 23, 2012, for the appellants to file their reply brief, and for the joint appendix to be filed no later than 7 days after service of any reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas M. Buchanan, Esq.
     Brian A. Mizoguchi, Esq.
     Richard J. Urowsky, Esq.
     Jeffrey B. McCarron, Esq.

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK